```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION

ADAM JOSE VALDEZ              §
                              §
VS.                           §    ACTION NO. 4:10-CV-439-Y
                              §
PENTAGROUP FINANCIAL, LLC     §
```

## FINAL JUDGMENT

In accordance with the order issued this same day, the settlement previously reached by the parties, and Federal Rule of Civil Procedure 58, Plaintiff shall have and recover from Defendant $1,000 in damages and $12,468 in fees and costs. Post-judgment interest shall accrue on the entire amount at a rate of .20 percent per annum until paid.

SIGNED April 2, 2012.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/chr