UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | | |
|---|---|---|
| ADAM JOSE VALDEZ, | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 4:10-CV-0439-Y |
| PENTAGROUP FINANCIAL, LLC, | § § § | |
| Defendant. | § § | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the second day of April 2012, pursuant to Plaintiff's Motion for Attorneys' Fees and Costs, in favor of Adam Jose Valdez and against Pentagroup Financial, LLC in the amount of $12,468.00 in costs and fees. Said Judgment has been fully paid and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction of said Judgment on the docket herein.

Dated:     April 30, 2012          KROHN & MOSS, LTD.

By: /s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone: 312-578-9428
Telefax: 866-802-0021
ahill@consumerlawcenter.com
Attorney for Plaintiff
*Appearing pro hac vice*

**CERTIFICATE OF SERVICE**

      I, Adam T. Hill, certify that a true and correct copy of the foregoing was served upon the attorney(s) of record electronically via the Case Management/Electronic Case Filing System (CM/ECF) on April 30, 2012.

                                      By: /s/ Adam T. Hill
                                              Adam T. Hill